**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00586-CV

---

**WALTER F. PEDEN AND PATRICIA N. PEDEN, Appellants**

**V.**

**NAPOLEON JOHNSON, AUDREY JOHNSON WRIGHT, AND FAUSTINE WRIGHT, Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 84179-CV**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed April 6, 2018. On August 9, 2018, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.